IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Civil Action No. 1:15-cv-609 (AJT/JFA) |
| ) PETRIE MECHANICAL, LLC, ) ) | |
| Defendant. ) ) | |

## ORDER

This matter is before the Court on the Proposed Findings of Fact and Recommendations [Doc. No. 15] of the Magistrate Judge recommending that plaintiffs' Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) [Doc. No. 8] be granted and default judgment entered against defendant in favor of plaintiffs in the amount of $15,895.07 consisting of the following amounts:

$6,668.16 in unpaid contributions;
$791.20 in interest;
$1,333.62 in liquidated damages;
$394.27 in late fees;
$6,707.82 in attorneys' fees and costs.

No objection to the Report and Recommendation has been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiffs' Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) [Doc. No. 8] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against defendant in favor of plaintiffs in the amount of $15,895.07.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to defendant Petrie Mechanical, LLC, via counsel, at the following address:

    Dempsey Law Firm, LLP
    c/o Brian D. Hamill, Esq.
    210 N. Main Street
    Oshkosh, WI 54903

                                          _____/s/_____
                                          Anthony J. Trenga
                                          United States District Judge

Alexandria, Virginia
March 4, 2016